AO 106 (Rev 04/10) Application for a Search Warrant

AUSA Geraghty

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Blue, Chevrolet Cobalt, VIN#1G1AB5F53A7100934, Ohio License plate HZH5214, located at Maynard's Towing, 2997 Westerville Road, Columbus, Ohio 43224

)
)
)
)
)
)
)

Case No. 2:20·mj·597

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the Affidavit in Support of the Application, incorporated herein by reference.

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit in Support of the Application, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841 | Possession with intent to distribute controlled substances |
| 18 U.S.C. §922(g) | Felon in possession of a firearm |

The application is based on these facts:

See Affidavit in Support of the Application, incorporated herein by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

TFO _____
*Applicant's signature*

Sean Eitel, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/31/2020 _____

City and state: Columbus, Ohio

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

## AFFIDAVIT IN SUPPORT OF SEARCH OF CHEVROLET COBALT BEARING OHIO LICENSE PLATE NUMBER HZH5214

I, Sean Eitel, Task Force Officer, ATF, hereinafter referred to as Affiant, being duly sworn, depose as follows:

## INTRODUCTION

1.  Affiant has been a State Trooper for 20 years, and have over 25 years of law enforcement experience. I am assigned with Investigative Services since 2016, then in 2017, I was assigned to the Columbus, Vehicle Theft and Fraud Unit, in 2019 became a Task Force Officer (TFO) with the Alcohol, Tobacco, Firearms, and Explosives. During my time as an investigator, I have been involved in fraud cases related to stolen vehicles, investigated property crimes, narcotics trafficking, and firearms related offenses. I have completed training through the Ohio State Highway Patrol and the Ohio Peace Officer's Training Academy relating to investigating vehicle crimes, general investigation, and certified as an Evidence Technician. I have kept my training up to date by attending a variety of seminars and in-service trainings, as well as instructing in a variety of investigative procedures. Based upon my training, experience and my review of the evidence gathered by investigators assigned to this investigation, there is probable cause to believe that evidence of violations of 21 U.S.C. §841 (Possession with intent to distribute controlled substances) and 18 U.S.C. §922(g) (Felon in possession of a firearm) will be found in the blue Chevrolet Cobalt bearing Ohio license plate HZH5214.

## PURPOSE OF AFFIDAVIT

2.  Your affiant submits there is probable cause to believe that evidence of criminal activity, namely criminal violations of the federal criminal code 21 U.S.C. §841 (Possession with intent to distribute controlled substances); and 18 U.S.C. §922(g) (Felon in possession of a firearm).

3.  The facts and information contained herein are based upon my personal knowledge and experience and that of other law enforcement personnel involved in this investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter. This affidavit is being submitted in support of a search warrant for a blue Chevrolet Cobalt bearing Ohio license plate HZH5124.

## LOCATION/ITEM(s) TO BE SEARCHED

Blue, 2010 Chevrolet Cobalt, VIN# 1G1AB5F53A7100934, license plate HZH5214

Located at, Maynard's Towing, at 29978 Westerville Road, Columbus, Ohio 43224

## ITEMS TO BE SEIZED

Black Satchel

## PROBABLE CAUSE

4. The information in this affidavit is a compilation of information developed during the ongoing criminal investigation of the traffic stop that occurred on August 13, 2020. This affidavit is intended to show that there is sufficient probable cause for the requested search warrant and does not purport to set forth all investigators' knowledge of the investigation into this matter.

5. On August 13, 2020, the Chevrolet Cobalt bearing Ohio License plate HZH5214 was stopped for a traffic violation in the area of Brice Road and 70, in the Southern District of Ohio. EDDRICKO WILLIAMS was the driver and only occupant of the vehicle.

6. WILLIAMS was found to be driving on a suspended license. The vehicle was stopped in the roadway so the trooper requested permission from WILLIAMS to move it to a nearby parking lot out of the roadway. WILLIAMS said he didn't feel comfortable letting the trooper move the car, so it was impounded. An inventory of the vehicle was completed prior to impound.

7. During the inventory a baggie of 12 suspected Xanax bars were found, a black fanny type satchel with a holster attached was located between the driver's door and the driver's seat. Inside the black satchel was a large plastic bag containing a crystal substance (later weighed to be 181g). This substance field tested positive for methamphetamine. Also in the bag was a small plastic bag containing a quarter size white rock substance. In the glovebox, a loaded tan colored Glock 19x 9mm firearm was located. Also, on the back seat floor board was a digital scale. Other items seized at the time were a laptop computer and three cell phones.

8. WILLIAMS was taken to the post and interviewed after the traffic stop by investigators. He stated he has been driving the vehicle for the past week.

9. My investigation also discovered the titled owner of the car, after being contacted by the Ohio State Highway Patrol, stated no one should be driving the car, and wanted to file an unauthorized use of the vehicle, but the owner never filed that report with the Columbus Police Department.

10. The vehicle, a Blue, 2010 Chevrolet Cobalt, VIN# 1G1AB5F53A7100934, license plate HZH5214, currently in storage at Maynard's Towing, located at 2997 Westerville Road,

Columbus, Ohio 43224, holds additional evidence, the black satchel, which contains biological evidence, and the Infotainment System.

11. Since the narcotics were placed inside the satchel, through my training and experience it is more than probable the person using the satchel will leave behind biological evidence.

## CONCLUSION

Based on the foregoing facts, your Affiant believes there is probable cause for a second search of the blue, 2010 Chevrolet Cobalt, VIN# 1G1AB5F53A7100934, bearing Ohio license plate HZH5214.

I respectfully request that the warrant be issued.

FURTHER AFFIANT SAYETH NAUGHT.

_TFO_ _____
Sean Eitel
Task Force Officer ATF

2020
Subscribed to and sworn before me this 31st__ day of ~~XXXX~~ 2018

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

## Attachment A:

Item to be searched, 2010 Chevrolet Cobalt, VIN# 1G1AB5F53A7100934, bearing Ohio license plate HZH5214.

## ATTACHMENT B:

1.  Black Satchel